UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| JOHN BRIAN BERGERON | * | CASE NO. 19-50859-KMS |
| Debtor. | * | |

**OBJECTION TO CONFIRMATION**

Now comes Creditor, AMERIS BANK, by and through its attorneys, Kent McPhail & Associates, LLC, and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. Creditor is a secured creditor in the above referenced Chapter 13 proceeding with an interest in Real Property located at 409 Park Ave North, Tifton GA 31794.

2. Creditor objects to Debtor's plan to the extent that the plan does not provide for this debt.

3. Considering the factors set forth in Kitchens v. Georgia Railroad Bank & Trust, 702 Fed. 2d 885 (11th Circuit 1983) and considering the totality of the circumstances, Creditor asserts that the debtor's plan is neither filed nor proposed in good faith and violates 11 U.S.C. Section 1325(a)(3) as well as the purpose and spirit of the Bankruptcy Code.

WHEREFORE, Creditor prays for an Order denying confirmation, along with such further relief as the Court may deem proper.

/s/ KENT D. MCPHAIL
KENT D. MCPHAIL
MS BAR NO. 2800

Of Counsel:
Kent McPhail & Associates, LLC

P.O. Box 870
Mobile, AL 36601
(251) 438-2333
kent@kmcphail.law

CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing instrument was served this 27th day of June 2019, to the parties listed below by the service method indicated:

U.S. MAIL FIRST CLASS POSTAGE PREPAID
JOHN BRIAN BERGERON
240 LAKESIDE VILLA
DIAMONDHEAD MS 39525

ECF FILING NOTIFICATION
CHRISTOPHER G. HOLT
ATTORNEY FOR DEBTOR
cgerardholt@gmail.com

ECF FILING NOTIFICATION
WARREN A. CUNTZ JR
TRUSTEE
wacuntzcourt@cableone.net

ECF FILING NOTIFICATION
UNITED STATES TRUSTEE
USPTRegion05.JA.ECF@usdoj.gov

                                                /s/ KENT D. MCPHAIL
                                                KENT D. MCPHAIL